**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**JUDGMENT IN A CIVIL CASE**

BLANCA ESTRADA,

Plaintiff,

v.

2:26-cv-00256-TLN-JDP

FORD MOTOR COMPANY,

Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT PURSUANT TO FRCP RULE 68, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON JULY 16, 2026**

Keith Holland,
Clerk of the Court

ENTERED: July 17, 2026

by: */s/ Michele Krueger*
Michele Krueger,
Courtroom Deputy