**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLANCA ESTRADA,<br>Plaintiff,<br>vs.<br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 2:26-cv-00256-TLN-JDP<br>Hon. Troy L Nunley<br>**ORDER** |

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff BLANCA ESTRADA ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $2,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.
2. Based on the parties stipulation, Plaintiff's Bill of Costs is hereby withdrawn;
3. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $2,000.00 to resolve attorneys' fees, costs, and expenses.
4. Payment is to be made to counsel for Plaintiff by October 30, 2026. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

DATED: August 31, 2026

Troy L. Nunley
Chief United States District Judge